# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>███████████<br><br>JONATHAN TORRES<br>a/k/a "ONI" | No. 2:26-mj-00002-KFW |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kurt Ormberg, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been in this position since March 2005. I have been assigned to the Boston Field Office, Portland Resident Agency since April of 2021 and I am currently assigned to the FBI Maine Safe Streets Task Force. Prior to my employment as an FBI Special Agent, I was a Police Officer and then Detective/Special Agent with the U.S. Capital Police, Washington, D.C. In my career, I have investigated numerous crimes, including drug crimes.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested criminal complaint and arrest warrant.

## PROBABLE CAUSE

3. I know from my participation in this investigation that, for the past several years, FBI and its law enforcement partners have been investigating the activities of the Trinitario street gang in Maine as well as other Dominican based drug trafficking organizations (D-DTOs). The Trinitarios are a criminal organization comprised of predominantly men of Dominican descent. They have significant operations—to include drug trafficking and associated violence—in Northern Massachusetts. D-DTOs have also matriculated into the state of Maine to conduct significant illegal drug trafficking operations. At times, the Trinitario street gang will work in unison with other D-DTOs, and at other times, two factions will be rivals regarding illegal drug trafficking. Maine has seen a dramatic increase in gang and drug violence over the past 18 months as a direct result of the incursion into the state by the Trinitarios and other D-DTOs.

4. As detailed below, there is probable cause to believe that JONATHAN MICHAEL TORRES a/k/a "ONI" (hereinafter "TORRES") (DOB: XX/XX/2007) and ▋ (hereinafter ▋) (DOB XX/XX/▋ are drug traffickers and associates of the Trinitario street gang.

### A. Drug Seizure and Foot Pursuit

5. On August 14, 2025, a drug user ("Cooperating Witness-1," or "CW-1") who lives in Woodstock, Maine reported a home invasion that occurred earlier that day. During the home invasion, a masked and hooded male informed CW-1 that he and his associates were committing the robbery to collect a drug debt CW-1 owed to "Jose". CW-1 knew Jose to be a member of a street gang.

6. On September 15, 2025, FBI Maine Safe Streets Gang Task Force ("MSSGTF") in conjunction with Rumford Police attempted to make contact with CW-1

2

at their address on Fuller Hill Road in Woodstock, Maine. The purpose of the contact was to notify CW-1 that Jose (known to law enforcement as a member of the Trinitario street gang out of Lawrence, Massachusetts) had been arrested.

7. Upon arrival at CW-1's residence on Fuller Hill Road, law enforcement observed two vehicles in the driveway, one of which had occupants inside, and another vehicle secreted behind an outbuilding on the property. Law enforcement also observed what appeared to be two Hispanic males and a white male outside at the rear of the residence. From my involvement in the investigation, I know that CW-1 has a history of allowing Trinitario gang members and other D-DTO members to reside at their home and conduct criminal activity to include selling drugs from their residence. Accordingly, law enforcement determined they should engage the individuals from a distance.

8. Upon verbal contact by law enforcement, the two Hispanic males fled behind the residence and into the woods in the direction of the powerline and Fuller Hill Road, clutching their waistbands and pockets in a manner consistent with concealing firearms and/or drugs. After a foot pursuit, one of the Hispanic males was apprehended on Fuller Hill Road. He was later identified as TORRES. Law enforcement recovered a bag containing approximately 30 grams of cocaine HCL from TORRES's person. A cellphone was also recovered from TORRES's person. TORRES was taken into custody, at which time he was missing both shoes.

9. The second Hispanic male, later identified as ▓▓▓▓, was not located at the time. Additional manpower and K9 units were requested to conduct a track of the surrounding area. During the track, law enforcement recovered additional drugs, including approximately 40 grams of a substance containing fentanyl, and approximately 19 grams of cocaine base. These substances were located in the brush

3

near the location where TORRES was apprehended by law enforcement. When TORRES was apprehended, ▇▇▇ was approximately an arm's length away from TORRES, but ▇▇▇ was able to continue running into the wood line and evade law enforcement. All of the recovered substances field-tested presumptively positive.

10. On October 21, 2025, the DEA New England Laboratory analyzed the three drug evidence items. The lab confirmed that the bag located on TORRES's person contained approximately 27.66 grams of Cocaine HCL with approximately 65% purity. The lab found that the bags located during the track contained approximately 35.85 grams of Fentanyl with approximately 3.5% purity, and approximately 17.08 grams of Cocaine Base with approximately 79% purity, respectively.

**B. Identification of ▇▇▇**

11. Law enforcement observed that the vehicle secreted behind an outbuilding on the property was a white Hyundai Kona bearing New Hampshire registration 5624590. During a voluntary interview of CW-1, which was done shortly after the foot pursuit, CW-1 stated that the two Hispanic males had arrived late the previous night or early that morning in the white Hyundai. New Hampshire BMV records confirmed that the vehicle was a rental.[1] Law enforcement secured the vehicle while they obtained a search warrant.

12. On September 16, 2025, law enforcement searched the Hyundai Kona pursuant to a state search warrant. During the search, law enforcement located rental paperwork for the vehicle in the name ▇▇▇ in the glove compartment. Law enforcement also located two pieces of mail in ▇▇▇ name. One

---

[1] A BMV query determined that the registered owner of the vehicle was EAN Holdings, which I know is Enterprise Rent-A-Car.

4

piece of mail listed an address on ▬▬▬ in Haverhill, Massachusetts, and the other listed an address on Newbury Street in Lawrence, Massachusetts.

13. Law enforcement reviewed a driver's license photo of ▬▬▬ ▬▬▬ and observed that it appeared to be the individual who fled from law enforcement and evaded apprehension on September 15.

### C. Additional Information from CW-1 and Phone Data

14. During the voluntary interview with CW-1, law enforcement asked what the Hispanic males agreed to give CW-1 in exchange for staying at their residence. CW-1 said they had not discussed it, but the Hispanic males had arrived a few hours ago, and so far they had given them a gram of crack. CW-1 also said they thought the Hispanic males only had a small amount of drugs at the residence, and they were not aware how much they had. Based on CW-1's statements and the drugs recovered, law enforcement seized a cell phone from CW-1's person.[2]

15. In a post-arrest interview on October 10, 2025, after receiving their *Miranda* warnings, CW-1 voluntarily provided a statement to law enforcement. CW-1 told law enforcement that the Hispanic males at their house on September 15 were named "Oni" and "▬▬▬". CW-1 also identified the Hispanic males by photograph as TORRES and ▬▬▬, respectively. CW-1 explained that the Hispanic males needed a place to stay, and they assumed, to sell drugs from. CW-1 was given a gram of "up" (which I know to be crack cocaine) and a gram of "down" (which I know to be fentanyl) as payment when the Hispanic males arrived.

---

[2] CW-1 also provided law enforcement with a phone number ending in 9612, which they said they used to communicate with the Hispanic males. However, I know this phone number to be associated with another Trinitario gang member. When confronted with this fact, CW-1 said they were trying to hide the phone number they used to communicate with the Hispanic males, and that they did not really know the Hispanic males.

16. Law enforcement conducted database queries to identify a cellphone number belonging to ▆▆▆. From these queries, law enforcement determined that ▆▆▆ was the subscriber of cell phone number ending in ▆▆. Law enforcement also determined that this phone number was associated with an address on ▆▆▆ in Haverhill, Massachusetts.[3]

17. Law enforcement obtained a search warrant to review the cell phone seized from CW-1 on September 15 (2:25-mj-315-KFW). FBI identified several text messages between CW-1 and the phone number ending in ▆▆ in the days leading up to September 15. This phone number, which is subscribed to ▆▆▆, was saved in CW-1's cell phone as "▆▆▆".

18. The following is a summary of relevant messages between ▆▆▆ and CW-1 in the days leading up to September 15.[4]

**September 13, 2025**

| Sender | Translated Message |
|---|---|
| ▆▆▆ | I was going there today but you did not answer. |
| CW-1 | Are you coming? The rooms are ready. Please don't keep me waiting! What time do you think you'll arrive? |
| ▆▆▆ | Tomorrow because you didn't answer me early |
| CW-1 | I really need you to come, I am in trouble. I've been telling people someone would be here, I don't care if it's 1 a.m. |
| ▆▆▆ | I am postponed. I won't make it there until tomorrow. |

**September 14, 2025**

| Sender | Translated Message |
|---|---|
| ▆▆▆ | I will see you at 3. |
| CW-1 | You will be here in an hour? |
| ▆▆▆ | Yes. |

---

[3] The identified address is very similar to the address listed on one of the letters addressed to ▆▆▆ that was found in the Hyundai Kona parked outside CW-1's residence; the street number was off by one digit.

[4] The text message communications were in Spanish. I have included English translations of the messages herein. These translations were created using Google Translate and were confirmed with a Spanish speaker.

6

| | |
|---|---|
| CW-1 | Location? |
| CW-1 | Park in the back. |

19. These messages are consistent with CW-1's statements that ▓▓▓ and TORRES arrived at CW-1's residence late on September 14 or early September 15.

### D. Information from CW-2 and Firearms Seizure

20. On October 15, 2025, law enforcement interviewed CW-2 at Oxford County Jail.[5] After receiving their *Miranda* warnings, CW-2 voluntarily provided a statement. CW-2 said they were incarcerated with TORRES, and TORRES told CW-2 about a Glock 17 firearm he had hidden while fleeing from law enforcement at a residence on Fuller Hill Road on September 15, 2025. According to CW-2, TORRES described the firearm as being located somewhere to the east of the main residence and the powerline where he was taken into custody. CW-2 clarified that this area was a wooded and overgrown section between the back of the residence and an outbuilding. According to CW-2, TORRES asked CW-2 to retrieve the firearm and destroy it when he was released from custody. CW-2 stated that TORRES instructed CW-2 to "melt" the firearm down because it was linked to a police-involved shooting in Massachusetts and might contain his fingerprints.

21. Law enforcement subsequently obtained a state search warrant for CW-1's residence on Fuller Hill Road. The search warrant was executed on October 29, 2025. During the search, law enforcement recovered four evidentiary items believed to be connected to the September 15, 2025, incident, all of which were located outside:[6]

---

[5] At the time CW-2 spoke with law enforcement, he was in state custody for domestic violence. He has since been released on bail.

[6] According to CW-2, TORRES also described a black fanny pack containing a 30-round magazine and a 50-round drum magazine for the Glock, which he said he had left inside the residence. Law enforcement did not find these items during the execution of the search warrant.

    a. A loaded pink SCCY model CPX2 9mm pistol bearing serial number 627290, which was tucked into a stone wall a few feet from the road, a few feet from where TORRES was taken into custody and not far from where ▉ was standing when TORRES was apprehended by law enforcement;

    b. A loaded black Glock 17 9mm pistol bearing serial number CETC592, which was recovered in the area described by CW-2, in the grass on the east side of the property, a few feet from where the bags of fentanyl and cocaine were located during the track.

    c. A black tennis shoe for left foot; and

    d. A black tennis shoe for right foot.

22. Each of the shoes were recovered from a different location in the direction TORRES ran from law enforcement on September 15. One of the shoes was located approximately 10 yards from the Glock pistol. As noted above, when TORRES was arrested after the foot pursuit, he was not wearing any shoes.

### E. Information Obtained from Jail Calls

23. TORRES is currently in custody at Oxford Country Jail on state charges in connection with the events of September 15. During the course of this investigation, law enforcement obtained and reviewed TORRES' jail calls.

24. On September 28, 2025, TORRES spoke with an individual utilizing a cell phone number ending in 1816. According to a law enforcement query, this phone number is associated with Luis Jorge Muniz of Dracut, Massachusetts, but I do not know if Muniz was the individual speaking with TORRES. In this phone call, TORRES says, "no one sent me here, bro. I did it myself, bro. I was broke as fuck and I ... you're

8

making me say shit that I'm not even supposed to be saying." More detail of the relevant portion of the phone call is included below:

> **Torres:** *his mom has the two, he has the two, and he might have another thousand, you know what I'm trying to say? He already, he already sent me already about 200 dollars of money and he's been spending money on himself, he has kids, (illegible), he has a car, (illegible).*
>
> **Unknown:** *G wants to, he wants to find out too, who sent you out there because they also gotta help you guys out.*
>
> **Torres:** *bro, no one sent me here, bro. I did it myself, bro. I was broke as fuck and I ... you're making me say shit that I'm not even supposed to be saying.*
>
> **Unknown:** *hey, you're saying it. I'm not saying nothing.*
>
> **Torres:** *This is the reason I got mad at you, because you're saying some incriminating ass shit, nigga this is all recorded, this is all, every single phone call that I had, goes straight to the court house.*
>
> **Unknown:** *I am not saying anything.*
>
> **Torres:** *my nigga, you are, bro. my case is not a joke, bro. my case is fucking years, bro. And, and I'm not trying to incriminate myself (illegible), I don't know. (illegible) and it's true.*
>
> **Unknown:** *Jonathan, did you hear when you first called from the police station? You admitted to what the caught you with and everything. That shit's all recorded like you say. So, me asking you a question is nothing. What are you talking about?*
>
> **Torres:** *no, I didn't. no, I didn't.*
>
> **Unknown:** *The very first day you got locked up you were like, man I got caught with this, with that, like. Chill, don't talk to me like I don't know. My brother (illegible), I talk to those niggas every day. We know how this shit works, this is your first time bro like you know. Honestly, I love you, that's why I keep picking up and everything but you gotta chill when I talk to you, you gotta chill. You want me to help you? You gotta chill. I really know what's up.*
>
> **Torres:** *You're just saying shit that I'm not even trying to like answer but you're saying a lot of things that I don't want to answer.*

9

> **Unknown:** *Exactly but eventually you have to, they have to. Because they gotta respond too. Yo, what's up? How much you got? What's the word? (illegible) for you, nigga. That's how it is.*
>
> **Torres:** *no, I know.*

25.     In my training and experience, TORRES is explaining to the other participant why he was holding and preparing to traffic illegal drugs – "I was broke as fuck". He is also admitting that he engaged in drug trafficking – "I did it myself bro". The call also shows that TORRES is aware that the information he is discussing is incriminating and can be used against him in court – "you are making me say shit that I am not suppose[d] to be saying".

26.     On October 14, 2025, TORRES again spoke with an individual utilizing a cell phone number ending in 1816 (the cellular telephone number associated with Muniz). Again, I do not know if the individual speaking with TORRES was in fact Muniz. In this phone call, TORRES and the other participant discuss the September 15 incident that resulted in TORRES' arrest. TORRES admits that 30 grams of cocaine was in his possession, but denies that the fentanyl was his. More detail of the relevant portion of the phone call is included below:

> **Torres:** *So yeah, nigga tell them cough up the change, nigga.*
>
> **Unknown:** *That's what I did, I text them, they know. Let's see what they say. I'll let you know.*
>
> **Torres:** *The fat nigga, you know the one I'm talking about. His brother just got locked up.*
>
> **Unknown:** *Savs?*
>
> **Torres:** *Yeah, his brother just got locked up right?*
>
> **Unknown:** *MmmHmm. From Haverhill.*
>
> **Torres:** *Yup yup, those niggas.*

**Unknown:** *(illegible) I know who it is, bro. I been knowing who it is bro, I just been waiting for you to say it because niggas can't do nothing you know until you say it.*

**Torres:** *Yeah, so yeah.*

**Unknown:** *Didn't I tell you from the beginning exactly what you told me? I told you in the beginning, they threw everything on you, they're blaming you. So you can take the blame and you told me, nah nah you don't know nothing. That's what you told me.*

**Torres:** *No, that's exactly what happened. They over here trying to make me fucking do five years for what they did, nigga. You crazy, nigga? I ain't doing five years for these niggas, bro you fucking crazy nigga? Now I really think about everything, I ain't doing five years for these niggas. The fuck? (illegible)*

**Unknown:** *No tapping (possible capping), if they don't wanna give you no bread no nothing, call the lawyer say listen I wanna change my shit, my plea, from guilty to not guilty nigga, I'm a tell you guys everything, fuck that.*

**Torres:** *Yo! Nigga that's bad nigga! They're gonna try to come after me then.*

**Unknown:** *they won't come after you. (illegible)*

**Torres:** *The fuck nigga, I ain't got nothing to do with that shit nigga that's all them trying to pinpoint everything on me, you crazy nigga?*

**Unknown:** *(illegible) if they give up some bread then fuck it, you know but if they don't give up no bread, no nothing, then fuck them niggas, Jonathan. They literally put stuff in your pocket, like here and put it into your pocket. That's dirty, nigga.*

**Torres:** *That is dirty. The niggas couldn't do the time so they pinned it on the youngest nigga so (illegible).*

**Unknown:** *you also stupid cause I woulda threw that shit in the car. I woulda took everything out of my pocket and just threw it in the car floor. Who's is this? Oh I don't know, it's not mine. Shit's in the car. (illegible). When we used to (illegible) new place, that's what we used nigga, throw that shit in the car, let the cops find out who's it is. (illegible).*

**Torres:** *Nigga, I don't mind doing the thirty grams of cocaine charge, I don't mind doing that, with my personal, it's in my personal, so ill do about what? 18 months nigga? That's doable, you feel me? 18 months is*

> doable but five years for all that? Nah nigga you crazy my nigga (illegible) 44 grams of fentanyl? That shit ain't mine niggas. That shit is not mine, are you crazy?
>
> **Torres:** Nigga I didn't do nothing nigga, that shit ain't got nothing to do with me, that 44 grams of fentanyl wasn't even in my possession, the only thing that was in my possession was 33 grams nigga, I don't mind taking that charge. But that fentanyl charge, you're bugging nigga, out of your mind. (illegible)

27. In my training and experience, I believe the reference to the "fat nigga" refers to a member of ▓▓▓ family, ▓▓▓, a/k/a Savs, a/k/a Savage, a known Trinitario gang associate. His brother, ▓▓▓ a/k/a Lil Baby, a/k/a Lil J, a validated Trinitario gang member, was incarcerated on or around the time of this call. I believe that TORRES' statement that they need to "cough up the change" means that ▓▓▓ and his family members should pay for his bail. TORRES also claims that the cocaine recovered was his and says he would do time for that, but the fentanyl was not his. The other participant tells TORRES that if "they" (who I understand to mean ▓▓▓, his family members who are Trinitarios, and presumably the Trinitario gang) don't pay his bail, TORRES should talk to law enforcement about all the criminal activity that has occurred. TORRES expresses concern that if he does that, they will come after him.

## CONCLUSION

I respectfully submit, based on the facts set forth above, that probable cause exists to charge defendants ▓▓▓ and TORRES by Criminal Complaint with the offenses of conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1). I request that the accompanying Criminal Complaint be issued.

Kurt Omberg
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jan 06 2026

City and state: Portland, Maine

Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title